IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00222-PSF-MJW

LISA WEBB,

Plaintiff(s),

v.

TRANSCONTINENTAL INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Plaintiff filed a Motion captioned "Motion to Compel the Turnover of Almost All Defendant's Documents which the Defendant Seeks to Protect by Its Claimed, Recently Amended Privilege Log or in the Alternative to Have an *In Camera* Examination of All Such Sought to be Protected Documents to Determine Which of the Documents Sought to be Protected by the Claimed, Amended Privilege Log are Truly Privileged" [sic](docket no. 33).  After, reviewing this motion, response (docket no. 38) and reply (docket no. 43), it is hereby ORDERED that Defendant shall provide consistent with D.C.COLO.LCivR. 7.2 and 7.3 to this court for in camera review those documents in their Amended Privilege Log that were not turned over to Plaintiff.  Defendant shall submit such documents to the court on or before December 14, 2006.  As to each document submitted to the court for in camera, review, the Defendant shall provide their written legal basis for claiming privilege.  Accordingly, the subject motion (docket no. 33) will be held in abeyance until this court has had an opportunity to review, *in camera*, the disputed subject documents from the Defendant's Amended Privilege Log.

It is hereby ORDERED that Plaintiff's Motion for an Order to Extend the Time for Discovery for an Additional Six Months and to Extend and Change the Other Scheduling Order Dates to Become Compatible to the Discovery Extension Granted and to Reconvene Mary Schneider's Deposition Solely at the Expense of the Defendant with CNA Being Ordered to Produce Its File, Less Any Documents That Have Been Found to be Privileged by the Court After an, In Camera, Review of Defendant's Claimed Privileged Documents [sic](docket no. 29) is GRANTED IN PART AND DENIED IN PART.  The motion is GRANTED as follows:

1. That Discovery is extended to March 1, 2007, for the limited purpose of completing the depositions of Mary Schneider and any experts;

2. That this court will address any cost shifting for the continued deposition of Mary Schneider when this court rules on docket no. 33;

3. That this court will address, when it rules on docket no. 33, the disclosure of any of document that has not yet been turned over to the Plaintiff from Defendant Amended Privilege Log;

4. That this court has previously ruled that Defendant shall provide to this court for *in camera* review any document not yet turned over to Plaintiff on or before **December 15, 2006.** See above.

5. That the Final Pretrial Conference set on January 31, 2007, at 8:30 a.m. is VACATED and reset to March 12, 2007, at 10:00 a.m, in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit, consistent with the e-filing requirement of this court, their proposed Final Pretrial Order five (5) days prior to the Final Pretrial Conference; and,

6. That the deadline to file dispositive motions is extended to March 1, 2007.

The remainder of the motion is DENIED.

Date: December 5, 2006