IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00222-PSF-MJW

LISA WEBB,

Plaintiff,

v.

TRANSCONTINENTAL INSURANCE COMPANY,

Defendant.

**ORDER REGARDING
PLAINTIFF'S MOTION TO COMPEL THE TURNOVER OF ALMOST ALL
DEFENDANT'S DOCUMENTS WHICH THE DEFENDANT SEEKS TO PROTECT BY
ITS CLAIMED, RECENTLY AMENDED PRIVILEGE LOG OR IN THE ALTERNATIVE
TO HAVE AN, *IN CAMERA*, EXAMINATION OF ALL SUCH SOUGHT TO BE
PROTECTED DOCUMENTS TO DETERMINE WHICH OF THE DOCUMENTS
SOUGHT TO BE PROTECTED BY THE CLAIMED, AMENDED PRIVILEGE LOG ARE
TRULY PRIVILEGE [sic] (DOCKET NO. 33)**

**MICHAEL J. WATANABE
United States Magistrate Judge**

This matter is before the court on Plaintiff's Motion to Compel the Turnover of Almost all Defendant's Documents which the Defendant seeks to Protect by Its Claimed, Recently Amended Privilege Log or in the Alternative to Have an *In Camera* Examination of All Such Sought to be Protected Documents to Determine which of the Documents Sought to be Protected by the Claimed, Amended Privilege Log are Truly Privileged [sic] (docket no. 33).  The court has reviewed this motion, response (docket no. 38), and reply (docket no. 43).  In addition, the court has now received and

2

reviewed *in camera* all documents as listed in the Defendant's Amended Privilege Log. Defendant submitted the subject documents per this court's Minute Order dated December 5, 2006 (docket no. 45). Furthermore, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds that Defendant has provided to this court, per this court's Minute Order (docket no. 45), the subject documents for *in camera* inspection and review. It should be noted that Defendant has bates stamped each of the subject documents and has also outlined in detail the legal basis on which privilege is claimed as to each of the subject documents. After reviewing *in camera* each of the subject documents, this court finds that the legal basis of privilege as outlined by Defendant as to each of the subject documents applies, and, therefore, the subject motion (docket no. 33) should be denied. This court will incorporate by reference the legal basis as outlined by Defendant as to each of the subject documents as this court's legal authority to deny the subject motion (docket no. 33). See document captioned "Confidential Submission of Claimed Privileged Documents as Ordered by Magistrate Judge Watanabe on December 5, 2006," that is attached to the subject documents that were submitted for *in camera* review.

### ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, this

3

court **ORDERS**:

1. That Plaintiff's Motion to Compel the Turnover of Almost all Defendant's Documents which the Defendant seeks to Protect by Its Claimed, Recently Amended Privilege Log or in the Alternative to Have an *In Camera* Examination of All Such Sought to be Protected Documents to Determine which of the Documents Sought to be Protected by the Claimed, Amended Privilege Log are Truly Privileged [sic] (docket no. 33) is DENIED.

2. That the subject documents and the document captioned "Confidential Submission of Claimed Privileged Documents as Ordered by Magistrate Judge Watanabe on December 5, 2006," that is attached to the subject documents shall be sealed and not opened except by further Order of Court.

3. That each party shall pay their own attorney fees and costs for this motion.

Done this 4th day of January 2007.

BY THE COURT

s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge