IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-00222-PSF-MJW

LISA WEBB,

    Plaintiff,

v.

TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation,

    Defendant.

---

**ORDER REGARDING DEFENDANT'S REQUEST FOR DETERMINATION OF COST SHIFTING ISSUE**
( Docket No. 54 )

---

This Court, having reviewed and considered Defendant TRANSCONTINENTAL INSURANCE COMPANY's Request for Determination of Cost Shifting Issue, and being itself fully advised,

HEREBY ORDERS that to the extent Plaintiff recommences the deposition of Defendant's employee/witness, Mary Schneider, all costs (including those of the defendant) for said deposition shall be borne by Plaintiff.

DONE in Court this 16th day of January 2007.

BY THE COURT:

_____
United States District Court Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO