IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00222-PSF-MJW

LISA WEBB,

    Plaintiff,

v.

TRANSCONTINENTAL INSURANCE COMPANY, a New York corporation,

    Defendant.

___

## ORDER OF DISMISSAL
___

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 61). The Court hereby ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorney fees.

DATED at Denver, Colorado, on March 27, 2007.

                                        BY THE COURT:

                                        *s/ Walker D. Miller*
                                        _____
                                        United States District Judge